**Hilda BRAMBIR, Plaintiff-Appellant, v. CUNARD WHITE STAR LIMITED, Defendant-Appellee.**
**No. 282.**

Circuit Court of Appeals, Second Circuit.
May 5, 1941.

Lesser & Lesser, of New York City (Samuel Lesser and Harry Lesser, both of New York City, of counsel), for appellant.

Lord, Day & Lord, of New York City (William J. Brennan, of New York City, of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order and judgment affirmed on opinion below, D.C., 37 F.Supp. 906.